# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143212 & (71)

JASON TERRY,
           Plaintiff-Appellee,

v

OFFICE OF FINANCIAL & INSURANCE
REGULATION and COMMISSIONER OF
OFFICE OF FINANCIAL & INSURANCE
REGULATION,
           Defendants-Appellants.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143212
COA: 295470
Ingham CC: 08-000459-AA

On order of the Court, the motion to supplement exhibits is GRANTED. The application for leave to appeal the April 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

h0919